United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Natalie Menashe et al., Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 22-22220-Civ-Scola |
| | ) | |
| Georges Zard Abou Jaoude, et al. | ) | |
| Defendants. | ) | |

### Order Referring Motion to Magistrate Judge

The Court **refers** the Plaintiff's motion for alternative service (**ECF No. 8**) to United States Magistrate Judge Jonathan Goodman to be heard and determined, consistent with 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of the Local Magistrate Judge Rules.

**Done and ordered** in chambers, at Miami, Florida, on October 14, 2022.

_____
Robert N. Scola, Jr.
United States District Judge