# EXHIBIT B

**asher@asherperlin.com**

| | |
|---|---|
| **From:** | Schnapp, Daniel <dschnapp@nixonpeabody.com> |
| **Sent:** | Tuesday, 2 August 2022 16:57 |
| **To:** | Asher Perlin |
| **Cc:** | Ferrante, Eric |
| **Subject:** | RE: Menashe v. Abou Jaoude et al., Case No. 1:22-cv-22220 (S.D. Fla.) |

Mr. Perlin – thank you for your email.  We should be able to respond by the end of this week.



**Daniel A. Schnapp**
Partner
dschnapp@nixonpeabody.com
T/ 212.940.3026  M/ 646.872.8847  F/ 833.343.1753

Nixon Peabody LLP
Tower 46, 55 West 46th Street, New York, NY 10036-4120
nixonpeabody.com   @NixonPeabodyLLP

This email message and any attachments are confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the message. If you are not an intended recipient, please notify the sender immediately and delete the message from your email system. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful. Thank you.

**From:** Asher Perlin <asher@asherperlin.com>
**Sent:** Tuesday, August 2, 2022 6:02 AM
**To:** Schnapp, Daniel <dschnapp@nixonpeabody.com>
**Cc:** Ferrante, Eric <eferrante@nixonpeabody.com>
**Subject:** Re: Menashe v. Abou Jaoude et al., Case No. 1:22-cv-22220 (S.D. Fla.)

**[EXTERNAL E-MAIL]**
Be Aware of Links and Attachments

Dear Mr. Schnapp:

Please advise whether you intend to respond substantively to my email below, and if so, when?

Thank you for the courtesy.

Asher Perlin
786-233-7164
asherperlin.com

On Mon, Jul 25, 2022 at 4:37 PM Asher Perlin <asher@asherperlin.com> wrote:

Dear Mr. Schnapp:

I filed last week in the Southern District of Florida an Alien Tort Claims Act action against your client, Ahmad Safa. Copies of the Complaint and the summons are attached for your consideration.

Please advise in the coming days whether Mr. Safa will execute a waiver of service, and thereby avoid the expenses of service and avail themselves of the 90-day response period provided by Rule 4(d)(3).

Thank you.

Asher Perlin
786-233-7164
[asherperlin.com](asherperlin.com)