# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

Natalie Menashe, et al.

                            **Plaintiff(s)**

Case No.: 1:22-cv-22220-RNS

vs.

Gerges Zard Abou Jaoude, et al.

                            **Defendant(s)**

## **AFFIDAVIT OF SERVICE**

I, Ambiko Wallace, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Letter dated November 29, 2022; Summons; Omnibus Order Granting Plaintiffs' Motions for Alternative Service; and Complaint with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 11/29/2022 at 11:46 AM, I served Mohamad Hamdoun c/o Mitchell R. Berger, Esquire at Squire Patton Boggs, 2550 M Street, NW, Washington, DC 20037 with the Letter dated November 29, 2022; Summons; Omnibus Order Granting Plaintiffs' Motions for Alternative Service; and Complaint with Exhibits by serving Lisa Ealley, Designated Agent, authorized to accept service.

Lisa Ealley is described herein as:

Gender: Female   Race/Skin: White   Age: 67   Weight: 150   Height: 5'4"   Hair: Brown   Glasses: No

I declare under penalty of perjury that this information is true and correct.

12/6/22
Executed On

Ambiko Wallace

Client Ref Number: N/A
Job #: 1611208

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| NATALIE MENASHE, et al., | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:22-CV-22220-RNS/JG |
| GEORGES ZARD ABOU JAOUDE, ET AL., | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mohamad Hamdoun
Atrium Building 2nd Floor
Main Street
Mina Al Hosn
Beirut
Lebanon

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Asher Perlin
Law Office of Asher Perlin
4600 Sheridan Street
Suite 303
Hollywood, Florida 33021

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Jul 22, 2022

Angela E. Noble
Clerk of Court

s/ Lisa I. Streets
Deputy Clerk
U.S. District Courts