# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| NATALIE MENASHE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GEORGES ZARD ABOU JAOUDE, MOHAMAD HAMDOUN, and AHMAD SAFA, <br><br> Defendants. | **NOTICE OF WITHDRAWAL AS COUNSEL** <br><br> Case No. 1:22-cv-22220-RNS |

**PLEASE TAKE NOTICE** that Daniel A. Schnapp is no longer affiliated with Nixon Peabody LLP, counsel of record for Defendants Georges Zard Abou Jaoude, Mohamad Hamdoun, and Ahmad Safa (collectively, "Defendants"). Pursuant to Local Rule 11.1, Nixon Peabody LLP hereby respectfully requests withdrawal of Mr. Schnapp's appearance for Defendants in this matter. Eric M. Ferrante and Sarah L. Tufano of Nixon Peabody LLP and Sarah Kuehnel of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., will continue to represent Defendants in this matter. Therefore, for good cause shown, Defendants respectfully requests that the Court withdraw Mr. Schnapp's appearance as counsel in this matter.

[*Signature block on next page*]

- 2 -

| | |
|---|---|
| Dated: May 5, 2023 | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**<br><br>*/s/ Sarah J. Kuehnel*<br>Sarah J. Kuehnel<br>Florida Bar No. 124765<br>100 N. Tampa Street, Suite 3600<br>Tampa, Florida 33602<br>Tel.: (813) 289-1247<br>sarah.kuehnel@ogletree.com<br><br>**NIXON PEABODY LLP**<br><br>Eric M. Ferrante (*pro hac vice*)<br>Sarah L. Tufano (*pro hac vice*)<br>1300 Clinton Square<br>Rochester, New York 14604<br>Tel.: (585) 263-1000<br>eferrante@nixonpeabody.com<br>stufano@nixonpeabody.com<br><br>*Attorneys for Defendants Georges Zard Abou Jaoude, Mohamad Hamdoun, and Ahmad Safa* |